# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 2:04CR93-10 |
| Donta Douglas Nelson ) | USM No: 18747-058 |
| Date of Previous Judgment: 6/17/05 ) | Jim Siemens |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
- ■ **DENIED.**　☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 120 to 135 months | Amended Guideline Range: | 120 to 120 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
- ☐ The reduced sentence is within the amended guideline range.
- ☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
- ■ Other (explain): The defendant is not eligible for a reduction due to the mandatory minimum sentence of 120 months that applies in this case.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated 6/17/05 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 12, 2008

_____
Lacy H. Thornburg
United States District Judge

Effective Date: _____
(if different from order date)